## JANSSEN v. CITY OF NEW YORK.
### No. 2296.

District Court, E. D. New York.
Nov. 14, 1941.

Anthony D'Alessandro, of Brooklyn, N. Y., for plaintiff.

William C. Chanler, Corp. Counsel, of New York City, for defendant.

MOSCOWITZ, District Judge.

This is a motion for an order requiring the plaintiff to pay into the Court the sum of $250 as security for costs or, in the alternative, to file a bond in the sum of $250.

The plaintiff is a nonresident of the State of New York, the defendant is therefore entitled to security for costs. DeRosmo v. Feeney, D.C., 38 F.Supp. 834.

The granting of an order for security for costs is mandatory and not discretionary. Motion granted.

Settle order on notice.